UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXIS WILKINS,<br><br>    Plaintiff,<br><br>v.<br><br>KYLE M. SERAPHIN<br><br>    Defendant. | Case No.: 1:25-cv-1375-DAE |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND

Plaintiff Alexis Wilkins, by counsel, respectfully moves this Court for an extension of time for Defendant to answer or otherwise respond to the Complaint on or by October 21, 2025.

Defendant has agreed to accept service via email, as evidenced by the attached email, in exchange for a three-week extension on his deadline to respond to the Complaint, as he is in the process of obtaining counsel. Good cause exists to grant this motion because both parties consent to the modified briefing schedule, and because the modified briefing schedule allows Defendant additional time to obtain counsel admitted in this Court.

2

    For these reasons, the Parties respectfully request for this Court to grant the motion and set October 21, 2025, as the due date for the Defendant to answer or otherwise respond.

Dated: September 9, 2025                        ALEXIS WILKINS
                                                                               By Counsel

                                                                               Respectfully submitted,

                                                                               */s/ Jason C. Greaves*
                                                                               Jason C. Greaves
                                                                               (Texas Bar No. 24124953)
                                                                               Jared J. Roberts, *pro hac vice forthcoming*
                                                                               BINNALL LAW GROUP
                                                                               717 King Street, Suite 200
                                                                               Alexandria, Virginia 22314
                                                                               Phone: (703) 888-1943
                                                                               Fax: (703) 888-1930
                                                                               jason@binnall.com
                                                                               jared@binnall.com

                                                                               *Counsel for Plaintiff*
                                                                               *Alexis Wilkins*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, and was delivered, by electronic mail and U.S. Mail, postage prepaid, to the Defendant, as follows:

Kyle M. Seraphin
132 Caney Cv
Leander, Texas 78641
kyleseraphin@gmail.com

/s/ Jason C. Greaves
Jason C. Greaves
*Counsel for Plaintiff*