# Exhibit A



Jason Greaves <jason@binnall.com>

## Wilkins v Seraphin

**Seraphin** <kyleseraphin@gmail.com>                                          Tue, Sep 9, 2025 at 5:22 PM
To: Jason Greaves <jason@binnall.com>
Cc: Jared Roberts <jared@binnall.com>, Sophia Snead <sophia@binnall.com>, Shawnay <shawnay@binnall.com>

Mr. Greaves,

I have received the complaint, cover sheet, attached draft motion and order. The proposed motion and service are acceptable as attached.

V/r
Kyle Seraphin

Sent from My Mobile device.

On Tue, Sep 9, 2025 at 3:23 PM Jason Greaves <jason@binnall.com> wrote:

> Mr. Seraphin,
>
> Please see the attached draft motion and order. Let me know if this is acceptable, and I will get them on file.
>
> Best,
> Jason
>
> On Tue, Sep 9, 2025 at 4:04 PM Jason Greaves <jason@binnall.com> wrote:
>
>> Hi Mr. Seraphin,
>>
>> We agree to your acceptance of service in exchange for a 3-week extension on responsive pleadings. Attached to this email are the complaint, cover sheet, and court-issued summons. I will get you draft copies of an agreed motion and order to that effect this afternoon, giving you 42 days from today to file responsive pleadings. Once you have approved them, I will get them filed with the court.
>>
>> As to resolution of the case, we will get back to you on that.
>>
>> Regards,
>>
>> **Jason Greaves**
>> **Partner** | Binnall Law Group
>> 717 King Street | Suite 200 | Alexandria, VA 22314
>> (571) 467-0003 (direct)
>> (703) 888-1943 (office)
>> jason@binnall.com
>>
>> 
>>
>> This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.
>>
>> On Mon, Sep 8, 2025 at 11:54 AM Seraphin <kyleseraphin@gmail.com> wrote:
>>
>>> Mr. Greaves,
>>>
>>> I am happy to coordinate acceptance of service by email contingent on a 3 week extension to any responsive pleading deadline as I do not yet have counsel in this action.
>>>
>>> If there is an opportunity to discuss an amicable resolution, please let me know.

V/R,
Kyle
--
-Kyle Seraphin