UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXIS WILKINS, § | |
| § | |
| *Plaintiff,* § | |
| § | Case No. 1:25-cv-1375 DAE |
| v. § | |
| § | |
| KYLE M. SERAPHIN, § | |
| § | |
| *Defendant.* § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Kyle M. Seraphin hereby files this Notice of Appearance of Counsel and hereby notifies the Court that Christopher D. Kratovil and Daniel J. Hall of the law firm of Dykema Gossett PLLC, 1717 Main Street, Suite 4200, Dallas, Texas 75201 are appearing as Counsel for the Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below.

Date: October 13, 2025

Respectfully Submitted:

*/s/ Christopher D. Kratovil*
**CHRISTOPHER D. KRATOVIL**
State Bar No. 24027427
**DANIEL J. HALL**
State Bar No. 24118946
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
E-mail: CKratovil@dykema.com
E-mail: DHall@dykema.com
Tel.: (214) 462-6400
Fax: (214) 462-6401

**ATTORNEYS FOR DEFENDANT
KYLE M. SERAPHIN**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2025, the foregoing document was e-filed pursuant to the Federal Rules of Civil Procedure.

>*/s/ Christopher D. Kratovil*
>CHRISTOPHER D. KRATOVIL