# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXIS WILKINS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 1:25-cv-1375 DAE |
| v. | § | |
| | § | |
| KYLE M. SERAPHIN, | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT KYLE M. SERAPHIN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Defendant, Kyle M. Seraphin ("Seraphin"), and, pursuant to Federal Rule of Civil Procedure 6(b), files this Motion for Extension of Time to File Responsive Pleading ("Motion"), and would respectfully show the Court the following:

1. Seraphin respectfully requests a fourteen (14) day extension of time to file an answer or other responsive pleading to Plaintiff's Complaint.

2. Federal Rule of Civil Procedure 6(b) authorizes the Court, for good cause shown, to extend the time for an act that may or must be done within a specified time.

3. Counsel for Seraphin conferred with counsel for Plaintiff regarding the relief sought herein, and counsel for Plaintiff indicated that Plaintiff is not opposed to a fourteen (14) day extension of time for Seraphin to file a responsive pleading to Plaintiff's Complaint.

4. Seraphin is still in the process of engaging counsel. Seraphin engaged the law firm of Dorsey & Whitney, LLP on Thursday, October 2, 2025. Seraphin is finalizing its engagement of the law firm of Dykema Gossett, PLLC.

5. Accordingly, counsel for Seraphin requires additional time to evaluate the matters raised in Plaintiff's Complaint and any potential defenses that Seraphin may have.

6. This request is not sought for the purposes of delay, but so that justice may be done.

7. For these reasons, Defendant Kyle M. Seraphin respectfully requests that the Court enter an order granting its request to extend its responsive pleading deadline for a period of fourteen (14) days, *i.e.*, from October 21, 2025 to November 4, 2025.

Date: October 13, 2025

Respectfully Submitted:

*/s/ Christopher D. Kratovil*
**CHRISTOPHER D. KRATOVIL**
State Bar No. 24027427
**DANIEL J. HALL**
State Bar No. 24118946
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
E-mail: CKratovil@dykema.com
E-mail: DHall@dykema.com
Tel.: (214) 462-6400
Fax: (214) 462-6401

AND

**EDWARD J. LOYA, JR.**
State Bar No. 24103619
**DORSEY & WHITNEY LLP**
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Email: loya.edward@dorsey.com
Tel.: (214) 981-9919
Fax: (214) 981-9901

**ATTORNEYS FOR DEFENDANT KYLE M. SERAPHIN**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on October 8, 2025, counsel for Defendant Kyle M. Seraphin conferred with counsel for Plaintiff Alexis Wilkins regarding the relief sought herein, and counsel for Plaintiff indicated that he is not opposed to a fourteen (14) day extension of time for Defendant Kyle M. Seraphin to file a responsive pleading.

*/s/ Edward J. Loya, Jr.*
Edward J. Loya, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon all parties on this the 13th day of October, 2025.

*/s/ Christopher D. Kratovil*
Christopher D. Kratovil