UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| ALEXIS WILKINS, | § | |
|---|---|---|
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 1:25-cv-1375 DAE |
| v. | § | |
| | § | |
| KYLE M. SERAPHIN, | § | |
| | § | |
| *Defendant.* | § | |

**<u>PROPOSED ORDER GRANTING DEFENDANT KYLE M. SERAPHIN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u>**

On this day, the Court considered Defendant Kyle M. Seraphin's Unopposed Motion for Extension of Time to File Responsive Pleading. After considering the Motion, the Court finds that good cause exists to extend the time for Defendant Kyle M. Seraphin to file a responsive pleading to Plaintiff Alexis Wilkins's Complaint by fourteen (14) days.

It is therefore **ORDERED** that Defendant Kyle M. Seraphin's responsive pleading to Plaintiff Alexis Wilkins's Complaint is due on Tuesday, November 4, 2025.

It is so ordered.

Signed this _____ day of _____, 2025.

                                                                                    _____
                                                                                    HONORABLE JUDGE PRESIDING