# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ALEXIS WILKINS, § | |
| § | |
| *Plaintiff,* § | |
| § | Case No. 1:25-cv-1375 |
| v. § | |
| § | |
| KYLE M. SERAPHIN, § | |
| § | |
| *Defendant.* § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Kyle M. Seraphin ("Mr. Seraphin") hereby files this Notice of Appearance of Counsel and hereby notifies the Court that Edward J. Loya, Jr. ("Mr. Loya"), of the law firm Dorsey & Whitney LLP, 200 Crescent Court, Suite 1600, Dallas, Texas 75201, is admitted or otherwise authorized to practice in this Court and that Mr. Loya is appearing as Lead Counsel for Mr. Seraphin in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below.

Date: October 14, 2025

Respectfully Submitted:

*/s/ Edward J. Loya, Jr.*
**EDWARD J. LOYA, JR.**
STATE BAR NO. 24103619
DORSEY & WHITNEY LLP
200 CRESCENT COURT, SUITE 1600
DALLAS, TEXAS 75201
EMAIL: LOYA.EDWARD@DORSEY.COM
TEL.: (214) 981-9919
FAX: (214) 981-9901

**ATTORNEYS FOR DEFENDANT
KYLE M. SERAPHIN**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2025, the foregoing document was e-filed pursuant to the Federal Rules of Civil Procedure.

*/s/ Edward J. Loya, Jr.*
EDWARD J. LOYA, JR.
**DORSEY & WHITNEY LLP**
**ATTORNEYS FOR DEFENDANT**
**KYLE M. SERAPHIN**