Attachment to Motion and Order for
Admission Pro Hac Vice for Jared J. Roberts

Applicant has been admitted to practice before the following courts:

| Court | Period of Admission |
| --- | --- |
| 9th Circuit, U.S. Court of Appeals | 09/10/2024 – Present |
| 11th Circuit, U.S. Court of Appeals | 10/17/2022 – Present |
| E.D. Va. | 04/12/2022 – Present |
| W.D. Va. | 05/25/2022 – Present |
| N.D. Fla. | 12/08/2022 – Present |
| M.D. Fla. | 05/27/2022 – Present |
| S.D. Fla. | 08/16/2022 – Present |
| D.D.C. | 07/07/2025 – Present |
| Virginia State Courts | 10/15/2021 – Present |
| Florida State Courts | 05/18/2022 – Present |