# EXHIBIT B

**Exhibit B**

Transcript of The Kyle Seraphin Show, DESPERATE FBI Director Digs Deep into…John Bolton's Mustache? | Ep 637

Kyle Seraphin, *DESPERATE FBI Director Digs Deep into…John Bolton's Mustache? | Ep 637*, The Kyle Seraphin Show (Aug. 22, 2025), https://open.spotify.com/episode/2bXjDPd8geMlKS8nyLhE9F?si=db7d3f08388d42ad&nd=1&dlsi=3a10bef3c08c455c

**Introduction** 00:11

Take a look behind the curtain with a real whistleblower, an American patriot. Prepare to embrace the uncomfortable truth, because this program has no time for comforting lives. Here is civil liberties enthusiast, Second Amendment defender and recovering FBI agent, Kyle Seraphin.

**Speaker 1 – Kyle Seraphin** 11:17
No one is above the law. FBI agents on mission said Kash Patel on X, because that's how people find out what's going on in the FBI, that work in the FBI, if there's no tweeting, then how do you know what the leading thinks? The probe, which is said to involve classified documents, was first launched years ago, but the Biden administration decided that it was too political and that it basically didn't have the substance to carry on. That's what the New York Post reported this morning. He hasn't been arrested. He hasn't been charged. It comes after years of investigation which has something to do with the potential criminality of national security information that was put out in his book.

**Speaker 2 – Steve Friend** 12:58
And I suppose that there's not a statute of limitations issue, because if he's still in possession of that information, that's not going to be the issue,

**Speaker 1 – Kyle Seraphin** 12:08
Right, assuming he is. This says it was related to an investigation that began in 2020, that's the end of Trump's first term, the same year that Donald Trump's Justice Department launched a criminal inquiry into his alleged disclosure of national security secrets in his book, "The Room Where It Happened." That investigation came after Trump and Co. tried to quash the publication after its inclusion of what they considered to be national security secrets. They claimed that he broke the NDA, which was signed as a condition of his employment, something you and I are both familiar with. We both signed those and we've signed the read in and the read out of it, and Biden's administration thought it was too political. Now, yeah, he is. He's obviously like a Trump antagonist. You could see why Biden might be excited about having that continue on, you know, give him cover. But is this really, is this really the bad guy that they're

hoping for? Are we gonna just see the q-tard people that like, are they just gonna be like, you know, "yes, this is, this is, as the prophecy has stated. The internet God has now delivered us this Bolton mustache," or are we now grasping deeply because anything—forget the friendly Friday thing—are we at like, anything to be able to just not talk about the fact that Kash Patel is probably about to get replaced?

**Speaker 2 – Steve Friend** 13:15
Well, the Co-Deputy Director was talking recently about how he was shocked to his core to uncover—

**Speaker 1 – Kyle Seraphin** 13:21
Which one is the CO-Deputy—hold on—which one is the Co-Deputy Director?

**Speaker 2 – Steve Friend** 13:24
Well, it's the one that is currently in position there. And sort of, I'm struck by the org chart which I have reviewed, unlike current leadership over at the FBI. So we have one Director, two Deputy Directors, and then one Associate Deputy Director, so that the tree goes back down to narrow again. It's, you didn't do a good job of doing the hedge cutting of that one.

**Speaker 1 – Kyle Seraphin** 13:47
All right, is it, is it fair that you share the same analysis that I do, that there's no chance you bring in somebody to help you with your job because you're doing a great job?

**Speaker 2 – Steve Friend** 13:57
No, I think that that's spot on—and particularly because of the individual that was brought in, him being in those discussions to take the top helm there. That to me speaks very loudly. And the other things that you're hearing about in the rumor intelligence around the current Co-Deputy Director, that he's physically packing up his office, I mean that, that, to me, says more than we need to know about where his future endeavors are going to be, which is probably back where he should be, where he's got an audience that's waiting for him, and he's done very well professionally, and he did share information went all the way on that limb years ago about the Russia hoax, and that propelled him in the stratosphere. That's your jam. That's your lane. You can go back to that and be successful. This just wasn't it. And you were set up to fail from the beginning because you came in as an outsider, and you weren't given the tools, you weren't given the people surrounding you that would empower you to make the necessary decisions to bring about the changes that you would hope a Director would identify that needed to be made, just kind of we're riding those out, and I think that the change is probably necessary if they have the opportunity to do it, maybe we get the second bite of the apple here to actually fix this agency.

**Speaker 1 – Kyle Seraphin** 15:03
I watched John Rich go out and, and try to run cover again. All the, all the signs tell me exactly what I think is going to happen. And of course, everybody says, if you call it too early, then you're the problem. But it's pretty clear. John Rich, who's friends with Dan Bongino, is out talking about how Dan Bongino,

you know, he wasn't there for tea and crumpets. He was there giving up his, his easy life for difficulty. It sounds like he was actually begrudging the thing. I found out something yesterday when I was interviewing Kurt Suzak on Infowars. And I had not thought of this before, but whether you like Andy McCabe or not, and I don't like him, and I don't think you do either, whether you like Paul Abate, who's the previous Deputy Director. Yes, none of you know who the previous Deputy Directors of the FBI were, because you didn't care or work in the FBI, which is how you know a top tier politician who's on his way up doesn't go into a number two job that no one's ever heard of again. None of you know what David Bowditch is up to today, even though he works for Disney. And you may know only because I've talked about it. And those are just the dep—I can't remember the Deputies before me, before I was in the bureau. I have no idea. I really don't. And two of those, two of those Deputy Directors, of the three I just named, were acting FBI Directors for a period of time. So take that for whatever it's worth. They were actually at the top. What Kurt Suzak pointed out to me is that the Deputy Director job of the FBI is like a 15 to 18 hour a day job. It's absolutely effing miserable. And I, you know, I don't blame Bongino for not liking it. If you took me from the job I do now and the way that I do it, and the flexibility and the freedom I have to do what I do, and put me in that gig, I'd be a, I'd be a basket case, because that's a massive transition. But more importantly, he's not set up to be successful in that job. You need someone that knows that agency. Imagine if you don't know the background of the thing you're trying to do. So not only are you learning on the job, like, what's the culture? What are the names? What is the org chart? Like, who are these people? What's their history? We're gonna get into something here again. Yesterday, I put the name out there of Jill Enyart, and I want to cover it again. But it's like, you have so much to learn, and you're not used to working that way, in that format. Yeah, it's, and for very little money compared to what he was doing before. Of course, he's miserable. I don't blame him.

**Speaker 2 – Steve Friend** 17:05
And we're getting into, because these jobs sort of self-selects for the type of person that it's going to enjoy, perhaps, yeah, he's thriving. It's a person who leans in and really likes having meetings all day long. Because if they didn't like it, they would have left headquarters a really long time ago, and those guys were nothing if not headquarter animals that were bouncing back and forth, back and forth, just so they could get back there and make sure that they had all those meetings and reviewing all those PowerPoints all day long, like that's something that they enjoy, which, I mean, I don't. I wouldn't want that job. I wouldn't wish that job on just about anybody, unless it's a terrible person. But then again, I'd be empowering them. So it's a double-edged sword.

**Speaker 1 – Kyle Seraphin** 17:41
We can, we can push this exactly to people's personal experiences. A lot of you have seen this in companies you've worked for, if you've worked in the law enforcement realm, or if you've worked in the military, you know exactly what I'm talking about. You're often not led by the best person at the job. You're led by the person who stuck around longest to do things that nobody else wanted to do. And there's a value in that because that person is most committed, but these are the most also like institution over constitution types people, because they are dead set on getting that next promotion. They're dead set on

doing what it takes to do that job. Again, that's the Deputy's role. The funniest thing that you mentioned, I just want to put this one more thing in the org chart, doubling up on that position right now, historically speaking, and you and I may have both seen the same org chart, but it used to go FBI director, Deputy Director. The Deputy would run the operational side of the FBI, so all your criminal cases, your national security cases, the one that actually have agents, and then the Associate Deputy Director, which they still have that position, would run the other pieces of it, which are like the administrative ends, the lab division, the you know, the intake phone calls, the you know, whatever sort of science and technology branch, like all this other kind of stuff that's sort of like support. So they actually used to have sort of a Co-Deputy Director. The Co-Deputy Director's job is called the Assistant or the Associate Deputy Director. They actually still have it. That's the funniest thing to me about all this.

**Speaker 1 – Kyle Seraphin** 57:45
All right, all right, right. And then right afterwards, I went out there and showed them that there's this woman named Jill Enyart who's still working for the FBI. She was involved in this thing. What I didn't realize. Do you remember this headline from Kerry Pickett five months ago?

**Speaker 2 – Steve Friend** 57:53
I do. I do, because I've been talking about that since the last five months.

**Speaker 1 – Kyle Seraphin** 57:58
Okay, Kash Patel disputes whistleblower revelations about FBI honeypot agents spying on the Trump campaign. All right, so for folks to understand, yesterday, I queried the person who brought forward that whistleblower disclosure, which was Kurt Suzak. I queried him on Infowars, if you guys are listening and you want to find it over on, you can find it on Infowars. You can find it at Real Alex Jones and all that kind of stuff. But you can also find it on locals later on today, I'll put it up. It'll be at kyleseraphin.com. You can watch the interview I did with Kurt. What I thought was being disputed. I thought Patel was saying that there was, in fact, no honeypot operation.

**Speaker 2 – Steve Friend** 58:32
No, oh, he's doing the same thing he did in that interview.

**Speaker 1 – Kyle Seraphin** 58:37
Right? They play with these words. And this is why I think these guys are cooked, and this is why I think you've got something going on with this Bolton thing, where it's all about misdirection. If you were really serious about going after the bad actors, you wouldn't be looking externally. You wouldn't be going after the Russia gate villains that are gone, that have like passed the statute of limitations, and you certainly wouldn't be dealing with the people who like, had the official capacity. There was a release yesterday

- 4 -

saying, like, oh, the FBI author, you know, the FBI Director leaked classified material. The FBI Director also has the ability to declassify material, so you have no idea whether or not he, if he authorized it, then he did, period. And I don't think you can go after him for an official act. What Kash Patel had a problem with, and these are people who still work in the FBI, is he didn't like the characterization as the word honeypot, because honeypot is a colloquial term, so there's no real definition of what it means. But the idea that you'd have a pretty woman infiltrate as an undercover, that's what we generally would call a honey pot, kind of like what his girlfriend does.

**Speaker 2 – Steve Friend** 59:35
This is a language game. And we've talked about it before, but like, look, the interview that he just did. He was asked, "Did you remove those people?" But the implication being, did you fire them? And he said that they were removed from leadership, which I don't hate. That's something that Kurt Suzak has recommended.

**Speaker 1 – Kyle Seraphin** 59:49
Right, that's actually not true by the way.

**Speaker 2 – Steve Friend** 59:51
Smart move, but he's given that answer. It's very lawyerly. They gave the same lawyerly answer when they were asked, "Were there undercovers at January 6?" And the FBI responded, there were no undercover employees at January 6 because UCE—undercover employees—a very specific designation. But most people, when you say were there undercovers, are presuming, did you have plain clothes agents present there in the crowd? And it would be dumb not to at a major gathering, but they give a very specific response to the Inspector General. He's giving a very specific response here. Honeypot is something that he took umbrage with, that characterization of it, but they just didn't ask, did you send a quasi hot chick to infiltrate the Trump campaign so that they, she could dig up dirt, which is what the whistleblower allegation was and is accurate about?

**Speaker 1 – Kyle Seraphin** 1:00:40
Right. Again, they scrubbed this from the, from the website, folks, this is gone from the Washington Times. New whistleblower identify agents assigned to infiltrate Trump campaign. And then you've got this one here where he disputes. And I didn't realize it until Kurt pointed out it was a terminology thing. It wasn't a fact that it didn't happen. This woman, Jill Enyart, who is not removed from leadership from what I can tell. She's friends with the Special Agent in charge of the New York Field Office. And all of this actually goes to a truly scandalous thing. I'm going to read this real quickly. Mr. Patel took to social media to dispute that the female agent was not a honeypot. A honeypot is an undercover operative who feigns sexual or romantic interests to obtain information from a target. It's not necessarily that, it's that, that the possibility exists because the person actually presents like an attraction. You don't have to actually feign anything. And the FBI has no problem using these, by the way, if you follow Trevor Aaronson and the, the Alphabet Boys, thing that happened in Denver, they sent a woman who had huge boobs, like

cartoonishly huge boobs as a detective, she was brought into the JTTF, and she was sent into a BLM protest. And then her backstory, or her legend, as they call it, was that she was a recovering hooker.

**Speaker 2 – Steve Friend** 1:01:49
Yeah, she was a sex worker [overlapping discussion]. And they called these young, 19 year old dudes in a room like, "Hey, want to buy illegal guns?" But they're not thinking with the head that is at the top at that point, it's the one that's three feet underneath.

**Speaker 1 – Kyle Seraphin** 1:01:59
Right. But she totally wasn't a honeypot like she's an undercover operative, like doing totally legit things. The fact is, this woman was apparently at a fairly high level in the CI program. She was either an Assistant Section Chief or a Section Chief, which is a truly problematic thing. And Kash Patel takes umbrage with the word honeypot, not anything else. He's had his own little honey pot issue that's been going on of late. So we're just going to acknowledge it real publicly. He's got a girlfriend that's half his age, who apparently is both a country music singer, a political commentator on Rumble, a friend now of John Rich through Bongino, who also owns a big chunk of Rumble, and she's also a former Mossad agent in what is like the equivalent of their their NSA, but I'm sure that's totally because, like, she's really looking for, like a cross eyed, you know, kind of thickish, built, super cool bro who's almost 50 years old, who's Indian in America. Like it has nothing to do with the fact that we're really close to the Trump administration. Anyway, I'm sure that that's totally just like love. That's what real love looks like. That's why Kash Patel is in his 40s and lives with a man in in Las Vegas, full time, totally regular. No big deal. I'm just saying it's interesting that he decided to go and take umbrage with this. And I'm gonna tell you why I think it's so wild, Steve, because it actually goes to the thing that that was stated earlier, and it ties into the Epstein situation. The New York Field Office and the New York Mafia, which I will have you explain in your terms in a second, because I'm sure you've experienced it differently. The New York Mafia in the FBI got Kash Patel's ear almost immediately, supplanted our recommendation for a good Deputy Director, to his detriment, I think, and then started whispering sweet nothings like that chick is not a honeypot. You need to do these things and manage to basically discredit him by punching out a bunch of fake information that made Bondi look terrible. And I think actually is going to bring down the Deputy Director time of Dan Bongino. I think that the Epstein rollout discredited him basically in a way that he's no longer able to recover. That's my take on it, and it's all from the same crew of people that we heard are all gone yesterday from Patel on Fox News. What do you think about the New York Mafia? Do you want to break it down for people so we have this real clear idea of who is actually running—I've been always, kind of people always like, well, who's really running the FBI? Maybe I think it's the, now I'm starting to lean towards this. So go ahead, if you would.

**Speaker 2 – Steve Friend** 1:04:19
There's different faction, I guess you could characterize them in, within the FBI. And you always kind of hear the rumbling. The New York Mafia is one. I've heard the Mormon Mafia being another one.

**Speaker 1 – Kyle Seraphin** 1:04:29.
Oh yeah.

**Speaker 2 – Steve Friend** 1:04:29
The HRT mafia. And it's basically people who are on a certain career track. They have the same sort of, they're swimming in the same pool with the same characters as they're all progressing in their careers. They all kind of take care of each other. They pull themselves along the lines as you're gaining in your career and you're trying to progress and climb the next ladder. It behooves you to have what's called a rabbi, right? Somebody who is at the next level up that pulls you along. You kind of are able to provide the ability for them to brag about what you're doing, and they're able to, like, watch out for you and mentor you, for lack of a better term, to bring you along in your career. One step, next step, next step. And these different factions are represented within the FBI, and they're kind of vying for control, because the New York people are not really playing with the HRT people who might not be playing with the Mormon people. They're all vying to get to get to those very top spots, and there's a limited number of seats at that table when you get to the very tippy top of the pyramid of the structure. So they are rivals.

**Speaker 1 – Kyle Seraphin** 1:05:24
Isn't it funny that people have, have previous, to quote, unquote, our team getting involved, they referred to the FBI and the way that it's structured and the way that it actually operates internally and externally, like organized crime?

**Speaker 2 – Steve Friend** 1:05:36
That, or religious organizations. The College of Cardinals around James Comey, the rabbis, the Mormon mafia.

**Speaker 1 – Kyle Seraphin** 1:05:42
It's really strange, because all of these things are perfect analogies, so they overlay almost perfectly on there. But it also involves a faith in a thing called the FBI. Yesterday we got told by, well, I guess it was a couple weeks ago, Jimmy Gags, who's a retired, like, sort of like sainted FBI guy. He was at various different news organizations, and he was talking on these different cable outlets, including Fox, and he's a former HRT guy. And he's thought of well, and he's, has gone reasonable, but he's also not reasonable of late, when I see it. And he was like, I would much rather have the respect of my former colleagues than anything else. And it's like, no, your former colleagues are dirtbags, man. A lot of these people are pieces of shit, and they have done really, really awful things. Like, they, somebody agreed to go out there and go after John Bolton after it was already deemed too political, like, maybe it's a lawful order and maybe you got a search warrant, but so was the one at Mar a Lago, which now Kash Patel has claimed there was no, there was no predicate for it, like, dude, one way or another. It was a lawful search. It was a terrible decision. It was a completely destructive thing to our country to go out and execute it. But like no one is saying you didn't have the vestiges of legitimacy, because a court did sign off on it, even if that court guy

is, you know, Bruce Reinhardt, and he's compromised, he still signed it. And so under our system, it's still a legal warrant, just like going after Bolton, just terrible.

..................................................................................

**Speaker 1 – Kyle Seraphin** 1:10:39
I'm gonna tell people in no uncertain terms. I'll put it back up on the screen. Kash Patel, I believe, this is, okay. Full speculation time. Welcome to the program. If you guys are new here, this is where I just tell you what I think is going on, and the only facts that I have are what we've been observing and what's been going out there for the last little bit. I think that it's pretty clear that Andrew Bailey will become the FBI Director inside of maybe the next six months, maybe the next eight months, something like that. At some reasonable amount of time, they will remove Kash Patel. I think it's very clear to me that Dan Bongino is already done. That's why John Rich is out there defending him and trying to make sure that his audience stays intact. That's why people have been out there the whole time for the last few months, trying to defend him after the Epstein debacle, I think he's freaking miserable. I think that—"I gave up everything for this." Okay? He gave up everything for it. He's been making a martyr of himself. What I found that people who are in the hero business just go do hero stuff. People who are in the complaining about how life, tough their life is, are in the image business. And Dan Bongino is in the image business right now. He's trying to regain it. So whatever that's all going on. I think Dan's gone. I think Kash is gone soon enough. I called that out a couple of days ago, and I think Kash shit the bed. ==I think he freaked the hell out and realized that his tenure and his smiling celebration of Andrew Bailey becoming the Co-Deputy Director was actually him smiling and like congratulating his own replacement, whether he realized it or not==. And I think he's got enough hubris, and he's got enough cool jets and, like, cool guy clothes, that he doesn't even realize that he was getting booted out. And he actually, like, hand shook his own replacement. That's Kyle's take. After that, you guys got some acknowledgement from DOJ, saying that there was going to be a deal offered. And the deal is what we refer to as the Marcus Deal, which is that Marcus Allen, you get your back pay, you get a security clearance, but piss off and you can't work here anymore. And that's actually not necessarily disagreeable. I personally don't want you guys to go back to the FBI, because I hate the FBI. Then I think Patel saw Infowars, heard about what Kyle Seraphim is saying about it, realized the unbelievably clear logic that top tier talent out of Missouri is not coming in to become the number two when Kash Patel's own PR people were calling us before he was nominated and saying, you know, Andrew Bailey is the stiffest competition to Kash Patel being FBI director, you got those calls right?