# EXHIBIT D

**EXHIBIT D**

Sam Parker (@BasedSamParker), X.com (Feb. 24, 2025, 3:57 A.M.), https://archive.ph/h7X2v;
https://x.com/BasedSamParker/status/1893872813930655996

**Sam Parker** 🇺🇸 🔥 ✓
@BasedSamParker

📜 **1/ WHO IS ALEXIS WILKINS--Girlfriend of Kash Patel?**

Alexis Wilkins was a devout 24-yr old Christian when she met Kash Patel, a 42-yr old Hindu Muslim & started dating him. Now he's the **FBI director.** She's also the press secretarty for Abraham Hamadeh, a Syrian Muslim member of the US House of Representatives from Arizona, and a "former" member of **US Military Intelligence.**

◼ She's also a country music singer based out of Nashville.
◼ She works for PragerU, is tight with The Daily Wire, & has ties to TPUSA
◼ She hosts her own news & political commentary show on Rumble.

Let's take a closer look at Alexis, pictured here 3 weeks after meeting Kash Patel in 2022.





9:57 PM · Feb 23, 2025 · **1.5M** Views

💬 898          🔁 1.8K          ♡ 5.9K          🔖 3.2K          ⬆





**Sam Parker** 🇺🇸 🔥 ✅ @BasedSamParker · Feb 23

📜 3/ Alexis's Biographical Details

Alexis was born in 1999 in Boston, MA, then spent most of her childhood in England & Switzerland while her father attended the University of Geneva School of Economics & Management. She attended the College du Lemon International School in

Show more

each other. I was so excited to be a part of it." Alexis is an only child. Her admiration for veterans started with her family. "My family has always been huge veteran supporters and I come from a line of veterans," she explains. "My great-grandpa was in World War II and then my papa was in the Korean War. And my parents were always really big advocates of history, and learning history, because history learned does not repeat itself. I was never the kid in history class who asked, 'Why do we have to learn this?'"

y!entertainment    Sign in

Entertainment News    'Reacher' star Alan Ritchson

**Kash Patel is dating Alexis Wilkins.**

Wilkins spent most of her childhood in Switzerland and England, before the family finally settled in Nashville, Tennessee. In an interview with Independent Women's Forum, Wilkins revealed that her father has served in the US Navy during the Korean war. "He was the son of Armenian immigrants who fled genocide. My passion for veterans started through conversations with him," shared Wilkins.

💬 22        🔁 96        ♡ 722        📊 213K        🔖    ↥





**Sam Parker** 🇺🇸 🧨 ✅ @BasedSamParker · Feb 23

🗳️ 5/ Israeli Influence On Alexis

As seen above, Alexis works for PragerU, which she proudly touts across her social media. And being in Nashville, the home of the Daily Wire, it seems they've developed a relationship with her, too. They made her a VIP guest to the premier of "Am

Show more

**Alexis Wilkins** ✓
@AlexisWilkins

🇺🇸 USA 🧡 @PragerU Contributor ✨ Country Artist
✒️ Writer, Commentator Inq:
Alexiswilkinsmedia@gmail.com

**Alexis Wilkins**
🇺🇸 USA
🧡 PragerU Contributor
✨ Country Artist

Follow

Nashville Premiere

**The film's team, Daily Wire talent, and VIP celebrity guests were in attendance on the film's big night.**

By **Amanda Harding**

Sep 13, 2024  DailyWire.com

A COMEDY TO DIE FOR

💬 13        🔁 109        ♡ 811        📊 129K





**Sam Parker** 🇺🇸 🔴 ✔️ @BasedSamParker · Feb 23

🟪 7/ Mouthpiece for PragerU & The Zionist Agenda

Below you can watch various videos of Alexis presenting pro-israel/pro-jwish propaganda for PragerU.

On the left, she presents israel as the victim of Iranian aggression. On the right, she promotes jwish zionist Chabadnik Javier

Show more

💬 19          🔁 199          ♡ 1K          📊 147K





**Sam Parker** 🇺🇸 🧨 ✔ @BasedSamParker · Feb 23

📕 9/ Zionist/ConInc Media Footprint

Alexis's penetration into the Zionist/ConInc media is modest but growing. She's appeared on Newsmax, while her writing has been featured in The Daily Caller & Townhall. Tucker Carlson started TDC, but it's now run by his former partner, the

Show more

💬 9          ↻ 100          ♡ 652          📊 82K



**Sam Parker** 🇺🇸 🧨 ✅ @BasedSamParker · Feb 23

📕 10/ Country Music Career

Alexis's country music career is still young, but growing. You saw a sample above with her "Old Fashioned Christmas." Her music can be found on Spotify, Apple iTunes, TikTok, Youtube, Facebook and Rumble.

Her single "Grit," debuted at #12 on the

Show more



**Sam Parker** 🇺🇸 🔥 ✔ @BasedSamParker · Feb 23

📕 11/ Her Views of America

Alexis sings of wanting "My Country Back," and refers to our "heritage" being "rebellion." She counsels people to read our founding documents & asks for God to bless our nation. But our God is Jesus Christ. And our heritage is White European. That's

Show more

💬 18          ⇄ 102          ♡ 754          �📊 80K



**Sam Parker** 🇺🇸 ✅ @BasedSamParker · Feb 23

📕 12/ Ties to Intelligence

Not only is she now dating the director of the FBI, Kash Patel, but she is also the press secretary of Abe Hamadeh, a Captain in US Military Intelligence and a newly member of Congress.

One might ask how an undergrad from Belmont College has achieved

Show more

LEGISTORM

**Alexis Wilkins**

Rep. Abe Hamadeh (R-AZ) (Jan. 2025-), Press Secretary

**Abraham Jamal Hamadeh**[1] (born May 15, 1991) is an American politician, former prosecutor, and U.S. Army intelligence officer,[2] who is a member of the U.S. House of Representatives for Arizona's 8th congressional district, serving since 2025. He is a member of the Republican Party.

| Military service | |
|---|---|
| Rank | Captain |
| Unit | Military Intelligence Corps |

⌃ Early life and education ✏

Hamadeh was born in Chicago, Illinois, and later moved to Phoenix, Arizona. He is the youngest child in a family of Syrian immigrants and grew up in a mixed-faith household, with a Muslim father and a Druze mother.[3][4]

💬 19      🔁 114      ♡ 720      📊 74K      🔖  ⬆



**Sam Parker** 🇺🇸 ✓ @BasedSamParker · Feb 24

📕 14/ Addendum: How They Met

Alexis met Kash Patel at a Christian Nationalist rally called ReAwaken America, launched by General Mike Flynn & prominent Q movement believers.

Again, why is a 24-yr devout Christian, hooking up with a Hindu Indian, old enough to be her dad, at a

Show more



💬 59        🔁 128        ♡ 820        📊 71K







