# EXHIBIT E

## Exhibit E

Ian Malcolm, (@IanMalcolm84), X.com (Feb. 28, 2025, 3:01 P.M.), https://x.com/IanMalcolm84/status/1895580008594489794.

