# EXHIBIT F

**Exhibit F**

Dr. Simon Goddek (@goddeketal), X.com (Jul. 7, 2025, 4:22 P.M.), https://archive.ph/D0BuC#selection-613.0-613.229, https://x.com/goddeketal/status/1942257954251473210

