# EXHIBIT G

**Exhibit G**

Alexis Wilkins (@AlexisWilkins), X.com (Jul. 9, 2025, 3:50 P.M.), https://archive.ph/MO27T; https://x.com/AlexisWilkins/status/1943050167130746916.

