# EXHIBIT H

**Exhibit H**

Erica Knight (@_EricaKnight), X.com (Jul. 11, 2025, 12:30 A.M.), https://archive.ph/ZKk0V; https://x.com/_EricaKnight/status/1943467906907672946

