# EXHIBIT I

**Exhibit I**

Transcript of The Megyn Kelly Show, *County Singer and Kash Patel's Girlfriend on the Need to Speak Out About What's True*

Megyn Kelly, *Country Singer and Kash Patel's Girlfriend Alexis Wilkins on the Need to Speak Out About What's True*, The Megyn Kelly Show (Jul. 30, 2025), https://www.youtube.com/watch?v=kCQkaSxMtcQ

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Speaker 1 – Megyn Kelly**  00:57
All right, so this becomes relevant. I'm not just making small talk, because you will, in 2025 America be accused of being an Israeli spy, that you work for Mossad, and near as I can tell, this is only because you're dating Kash Patel. That's probably it, to be honest. But, but I guess if we have to go to a second criterion, it would be that you've done work with PragerU, with our friend Dennis Prager, who is totally brilliant, and that institution has produced a lot of conservatives who are all over the internet. I think you might be the first of being accused of being an Israeli spy, just because you've done a stint with PragerU, but do you think I have the entirety of the evidence quote against you spelled out here?

**Speaker 2 – Alexis Wilkins**  01:50
I think that's it, you know. I think people see certain pieces, and I get it. They want to connect things, they want to justify, you know, some of the pain that they've been through watching the last four years. And there's pieces of this that, you know, I can-I understand, but I think that they've taken just these pieces of evidence that you've laid out and tie them together in all of the wrong ways. I think, you know, PragerU is a great institution that is, as you know, Megyn, sets out to educate the youth, you know, make short form content to try to influence people's opinions, educate them on things that they might not understand, constitutional education. I focused a lot in constitution and policy education in my videos, you know, all of this was to speak out about my experience in college and try to tell the youth that they don't have to bend the knee to the left woke institution and make content that would be of good service to the youth, as I decided that I couldn't stay silent anymore. So seeing these things twisted is not only very confusing, very out of left field for me, but also incredibly disheartening.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Speaker 1 – Megyn Kelly**  05:00
Because this is relevant too, I'm not being unnecessarily probing. It's just that people are accusing you of sort of being the honey pot where, you know, like, they'll send over a spy to sort of get one of our officials, like an Eric Swalwell type, to sleep with them, like China does this, and some of these dopes do it, and before they know it, they've been compromised. And by the way, there's been like no follow up on him and that whole thing, but that's what some have said. But you, boy, if you're, if you're a spy trying to get in with Trump administration officials, you are really playing the long game, two and a half years before

Trump even got into office, picking some random associate of Trump's and betting on him becoming our FBI chief.

**Speaker 2 – Alexis Wilkins** 05:39
==Right? It would have been a really long game play.== And the thing here too, is that, you know, you don't know where life is going to go. You don't know where these things are going to take you. You… Even before I met Kash, you know, being committed to this movement and saying, "Okay, there's something seriously wrong with our country." And there's sacrifices in music that I'm being asked to make, and there's sacrifices in college that I'm being asked to make. You know people that want you to donate to certain super PACs in order to get on certain tours. It's egregious, the things that you run into, and you either go, "Okay, I'm either going to be a part of this or I'm going to speak against it." ==And my values led me to speak against it, and so to live my life, you, very publicly, honestly==. I mean, my, my social media, goes back, you know, far enough to tell that that I have a long history of this, of speaking about American values and making sure that people know exactly where I'm coming from. You know, I've worked with veterans organizations for a long time. These are the things that I've held for a long time, the beliefs I've held for long before I met him, and so it's hard when you make these decisions to sacrifice what I think the mainstream would call success in your career, to commit to an ideology and speak out against what the Biden administration was doing, have my show on rumble weekly, call between the headlines where I was calling all of this out… For people to act like there's not enough information out there about me to glean a real conclusion on all of this kind of vigilante research is bizarre to me, you know, as a… as a… pretend I'm a third person. It just, it doesn't make any sense.