# EXHIBIT J

## Exhibit J

Transcript of The Megyn Kelly Show, *FBI Director Kash Patel's Girlfriend Alexis Wilkins Responds to Internet Trolls Who Say She's Mossad*

Megyn Kelly, *FBI Director Kash Patel's Girlfriend Alexis Wilkins Responds to Internet Trolls Who Say She's Mossad*, The Megyn Kelly Show (Jul. 30, 2025), https://www.youtube.com/watch?v=S10WGaxrSlI

**Speaker 1 – Megyn Kelly** 00:00
You, this gal who grows up for large part in Arkansas, attracted to country music. You become a country music singer and star. You are very involved in veterans' charities. You're Christian. You went to a Christian university. You stood up for yourself without doing the liberal talking points there, made a record of what they were doing to you. You get a show on Rumble. I mean, this is like, you know, basically your next step will be Fox News Correspondent in the grand scheme of life. But for some reason, the Epstein thing gets blamed on you, and there's a lot of this on the internet. There are people with millions and millions of followers in posts that have been seen millions and millions of times accusing you of being a spy for Israel, mostly, mostly Mossad spy. Could be other spies. We cut just one in sound bite form, but there's so much more. Here's just a sample.

**Speaker 2 – Sample Sound Bite** 00:52
Is the director of the FBI caught up in an Israeli honey pot operation? All right, here's the context. Quote. "Some social media users have wondered whether the FBI and the U.S. Justice Department's refusal to release the list of Jeffrey Epstein's clients could have something to do with Alexis Wilkins, the 26 year old girlfriend of 45 year old FBI Director Kash Patel." This is what people online are pointing to, the fact that Patel's girlfriend Alexis Wilkins works for PragerU, which is a media company that supposedly espouses American values, except for the fact that it is run by a former Israeli military intelligence officer. Now I did a bunch of digging, and unfortunately, there's actually not a lot of public information to go off of in terms of Alexis Wilkins background. She lived in England and Switzerland before settling in Fayetteville, Arkansas when she was nine. It also says that she attended college, du Lemon International School, in Switzerland. Now, interestingly, Chat GPT is calling this a strange biographical gap in that she has no visible friend network or public high school college cohort interviews, which they say is unusual for a public figure in entertainment, and that if a Mossad asset were inserted early in life, these gaps would be precisely where you would hide alternate history or handler training. Anyway, I'm not sure what's true or what's not true, but evidently these are quote classic elements used in honey pot operations: soft power, ideological alignment, and sexual emotional entanglement.

**Speaker 1 – Megyn Kelly** 02:22
Okay. The only piece of that that I can glean that is actually true is the CEO of PragerU is actually, acknowledges on her bio that she served in military intelligence with the IDF. So she, the CEO of PragerU has an affiliation, but there's nothing like that about you. So when's this started coming out? Were you shocked? I mean is, do you think this is really, basically just that you're with Kash?

- 1 -

**Speaker 3 – Alexis Wilkins** 02:48

I was shocked. I knew that, you know, that Prager was, this is kind of something that, I think, people in the deep sides of the internet like to pick at, you know, when they can't figure out what else is wrong, so some of it didn't surprise me when it first started coming up. I was like, all right, you know, this looks like this is what they're focusing on today. But then to your point, Megan, these posts got millions of views. And you know, I could list all the ways that this hurt me and my family, but some examples are the fact that people begin harassing you, people start doxing your family, people start, you know, accusing you, just aside from all the other stuff that's hurtful, the fact that I've dedicated myself to this movement, to good values, to speaking to children, to doing things that I thought were good, that were in line with my values, but also the fact that it's accusing me of manipulating the person that I'm with, that I love. You know, that's a horrible accusation. And seeing this pop off on the internet. I think the initial ones actually didn't tag me, so it was very bizarre to kind of start to see this roll in on my twitter and it not being a—or my X—and it not being a good influx of what people were talking about was very surprising. Yes.

**Speaker 1 – Megyn Kelly** 03:56

Now what, what did Kash say? Because it's always, it's easier to take the slings and arrows yourself than to see them come to your loved one.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Speaker 3 – Alexis Wilkins** 05:57

I think so. I, you know, I think that it's, it's hard when you see anyone you love being attacked for something that you're doing. You know, I've encountered it on the smaller scale, as I've been a public figure for long enough to see, you know, people try to pick at my, you know family, try and find people online. You know, they this is something that people do. Hence, you know, it's funny, referring back to the Chat GPT investigation that was held on, on the site you played, you know, that there aren't any interviews of my friends? Well, there aren't any interviews of my friends because I don't want the internet to attack them, you know, I think it's pretty sensical. But no, he, he's, he's dedicated to the American people as he always has been. You know, I think that what, when people get into government, they, they don't just, you know, snap into something else. You know, people have the same mission that they did on the campaign trail and, and, during the time before they were in government, which is really all I can say on that. But I think that, you know, ultimately, it's been hard to see me come into the line of fire for something he's already dealing with.