# EXHIBIT K

**Exhibit K**

Transcript of Try That in a Small Town Podcast, *Bison Heads and Spy Accusations – A Chat w/ Alexis Wilkins :: Ep 67*

*Bison Heads and Spy Accusations – A Chat w/ Alexis Wilkins :: Ep 67*, Try That in a Small Town Podcast (Aug. 4, 2025), https://www.youtube.com/watch?v=ZipsSEtZb84

----

25:24

Okay, so that's interesting. Let's know, would you ever consider getting into politics?

25:31

She already is.

25:32

Well, you are kind of, kind of, but you're a little displaced.

**Alexis Wilkins** 25:37

I think, I think that I live in a, you know, I know people like to say never say never to these questions and leave it a little cheeky, but I, this is, this is a tough industry. The political industry is a tough industry and I think that ultimately, looking at the ins and outs of it. I'm really happy to be on the commentary and educational side. I love the Constitution. I love teaching people about the Constitution. I love informing people about their God given rights, because it's not taught in schools anymore the way that it should be. I know that I learned that from my parents, my grandparents, my grandpa that I call Papa, he served in the Korean War. I didn't learn about the Korean War in school. What's wrong with that? And so I'm really happy being on this side of things. And you know, being a, being a small leg of support to the political system, or not system, but you know, to that realm of things, I'm happy in that spot. And if that ever changes, you know, I feel like that's something I can assess as we go along.

26:46

Can you still run for office if you're a spy?

26:49

Now, that's, that's a great question.

26:52

That's a great, that's a great question. [overlapping discussion].

26:57

I gotta check it out. There's rules we have here.

- 1 -

**Alexis Wilkins** 26:59

Someone had to take the air out of the balloon. You know.

26:57

You gotta say, I read that, and knowing you, it gave me a really good laugh. Because if you are a spy, you're a really good spy.

**Alexis Wilkins** 27:12

I should have taught classes, honestly. Yeah. It's, it's funny, and it's, it's, it's hard, because it's in the thick of it now, as of, as of us recording this, and I, I like levity on it, because I think that's the only way to deal with things. So I think it's, yeah, there's elements of it that I think are truly hilarious. There are elements of it that I think are, you know, you read these things about yourself, and you go, it almost, almost makes you more sad that they're using photos and of memories that made you happy. You know, they're like, they're like, clipping photos. There's a clip of a photo. Now, I don't want to say this and everyone go, you know, mean people go and hunt for it, but it's already up there. There's a photo of, you know, my, my grandpa, who I was just saying, I call Papa, who is passed on now, and they are going and hunting that photo down and putting it on the internet and, you know, desecrating what it means to me or not means to me, but you know what it means in the public specter and trying to make a thing out of it, and chase these things down, trying to find my family. And there's a photo of me and my dad on my first Halloween, and they clip this and put it online and try to make it, you know, something horrible. And it's, um, it's, it's definitely a unique experience. There's not really a support group for this kind of thing, which is fine, but it's, yeah, it's, it's, it's fascinating, but you're right. I mean, given the circumstances, I would have been doing a bang up job. That was the truth.

28:34

Maybe she's a spy. But she's really good. So funny.

28:43

It was like, well, and it's obviously, you know, we can bring some levity to it, but it's awful, I'm sure, and just to have those accusations is unfathomable.

**Alexis Wilkins** 28:51

Well, it's just, you know, you feel bad of the whole circumstance. I feel bad that it's something either, they're dealing with serious stuff up there in DC, and the fact that I have to go, "Hey, this is also going on online." You know, I don't want to bring that to him either, make it his deal. Of course, he's like, it's like, it's, he's not bothered by it, by, you know, by me bringing it. But it's just, yeah, it's been, it's been a very unique experience. I always thought that the left would, would cancel me, but apparently, I was too educational and brought too many people over to our side and it was the, it was the, it was the right, thinking they'd found something instead.

- 3 -

29:23
There are stupid people all over.

**Alexis Wilkins** 29:26
They're all over the place. They hand that stuff out for free.

29:30
That's good.

29:31
It's amazing. Yeah, I mean, never underestimate someone's ability to be truly stupid. It will blow your mind.

29:37
I agree.

**Alexis Wilkins** 29:39
And it's always like, you know, the internet's made it, if you're looking for it, it's there, like, you know, and then people go off and riff and…