# EXHIBIT L

This is more than 8 months old.

# Kash Patel disputes whistleblower revelation about FBI 'honeypot' agent spying on Trump campaign



*Kash Patel, President Donald Trump's choice to be director of the FBI, appears before the Senate Judiciary Committee for his confirmation hearing, at the Capitol in Washington, Thursday, Jan. 30, 2025. (AP Photo/J. Scott Applewhite) Kash Patel, President Donald Trump's choice ... more >*

By Kerry Picket
*The Washington Times*
*Monday, March 3, 2025*

FBI Director Kash Patel is disputing a bureau whistleblower who identified a female undercover FBI agent as a "honeypot" who infiltrated President Trump's 2016 campaign.

Mr. Patel took to social media to dispute that the female agent was not a honeypot. A honeypot is an undercover operative who feigns sexual or romantic interest to obtain information from a target.

"Just like when I exposed grotesque violations and fraud leading the House Intelligence Committee's investigation into Crossfire Hurricane calling out corrupt actors; I will equally defend those attacked falsely," Mr. Patel said. "A female agent was falsely referenced in the media this week as part of an alleged whistleblower disclosure — she was NOT a honeypot."

11/4/25, 10:21 AM
Kash Patel disputes whistleblower revelation about FBI honeypot agent spying on Trump campaign - Washington Times
Case 1:25-cv-01375-DAE    Document 10-12    Filed 11/04/25    Page 3 of 7

The whistleblower, who made the claims in a disclosure to Congress, identified a top agent in the New York field office as one of the FBI investigators assigned to infiltrate the Trump presidential campaign in 2015 as part of an off-the-books operation by then-Director James B. Comey.

The Washington Times reported on the whistleblower disclosure last week. The Times also reported that the FBI was investigating Mr. Comey's off-the-books operation sending two honeypot agents into the Trump campaign.

Mr. Patel's statement Friday on social media did not reference the allegations about a second honeypot agent.

Mr. Patel, who was confirmed as FBI director on Feb. 20, said he "reviewed the matter" and that the agent who wasn't a honeypot "did the limited job assigned to her."

**MY TIMES**        VIEW ALL ⊙

**Secret Service discovered a hunting stand with view of Trump's Palm Beach airport runway**
**Trump to pay 50% of food stamp benefits this month, but says no more money after that**
**Senate leaders suggest shutdown 'off-ramp' may be near**

He did not describe the "limited assigned job" nor who assigned the job to her.

ADVERTISEMENT

The agent's actions related to the Trump campaign were also reviewed by special counsel John Durham, who also found no evidence of wrongdoing by her, he said.

"I will always be the first to push for accountability from within, my track record has established that, but we do [not] establish guilt by association in this FBI," Mr. Patel said.

Mr. Comey's off-the-books investigation of the Trump campaign in 2015 was revealed by an agency whistleblower in a protected disclosure to the House Judiciary Committee last year and first reported by The Times in October.

A new whistleblower disclosure given to the Senate Judiciary Committee last week said the female agent from the FBI's New York office was involved in the attempt to have undercover agents target the Trump team.

The Times reviewed the documents.

ADVERTISEMENT

The FBI asked for the agent's identity to be shielded because disclosing her name could compromise "the safety of the agent."

According to the disclosures, the female agent was the handler of one or more FBI undercover agents who targeted Mr. Trump and his team. She also participated as one of the undercover agents.

• *Kerry Picket can be reached at kpicket@washingtontimes.com.*

**BEST OF CHERYL CHUMLEY**

**Get Cheryl Chumley's bold and blunt take on the big issues of the day.**

SIGN UP

You may unsubscribe any time.

Copyright © 2025 The Washington Times, LLC. Click here for reprint permission.

**Please read our comment policy before commenting.**



💬 **Comments** 3

Newest ▼

Sign up | Log in

Join the conversation...

Aa                                                                    Log in and post

🌐 **olejim**   👑 Hall of Famer

SC Durham reported October 2016 Presidential Bunker Briefing officially noted BILLARY solely financed Russiagate as her black ops election insurrection... all 50 remaining silent the next 9 years should be firing squad as Treason it was!!

Reply                                                                 245 days ago
              👍 1

**office**   🔴 Trailblazer

I trust Patel and his good judgement. If he continues to act as an honest, respectable and unbiased director, he will earn the respect and loyalty of agents; even the ones who personally don't like Trump that much. Keep in mind some of these agents involved in the lawfare attacks against Trump may have done it because they were ordered from above, and didn't want to be reprimanded by the corrupt director from the last administration.

Reply                                                                 245 days ago
              👍 2

**Load more comments**

Powered by COOLMEDIA                            Terms | Privacy | Help | Contact COOL Media

🔥 **Popular in the community**

←

| 💬 63  😊 172 | 💬 59  😊 164 | 💬 48  😊 151 | 💬 36  😊 68 | 💬 32  😊 25 |

**Judge orders Trump to keep paying food stamp benefits amid shutdown - Washington Times**

**Judge scolds DHS over handling of anti-ICE protests in Chicago, moves to oversee operation...**

**SNAP benefits in jeopardy as government shutdown drags into fifth week -...**

**Zohran Mamdani promises voters his movement will 'create a society we would like to see' ...**

**U.S. truck drivers sound alarm about the massive number of non-English-speaking...**

👁 1.4k Views      👁 694 Views      👁 483 Views      👁 435 Views      👁 18.7k Views

**MY TIMES**                                                          VIEW ALL ⊙



## Trump says he isn't looking to strike Venezuela



Colorado's rogue Supreme Court attempts another insurrection



Pelosi labels Trump the 'worst thing on the face of the Earth'



Police report omits a federal agent's shooting at a DC driver. The man's lawyers suspect a cover-up



DOJ says Lindsey Halligan valid prosecutor in Comey, James cases



Democrats escalate anti-ICE efforts, devise strategies to 'blow the whistle' on officers



Bessent to attend Supreme Court session on landmark tariff case



FBI offers clearer footage of suspect placing pipe bombs near DNC, RNC headquarters in 2021



School aide fired over Trump backpack, water bottle declares 'victory' in legal settlement



Russia should give Venezuela top missiles as tensions with U.S. rise, says Kremlin official



New York Attorney General Letitia James pleads not guilty in mortgage fraud case pushed by Trump



The trial of Jeb Boasberg



Former FBI agents go to bat for Kash Patel to be the bureau's next director



FBI files show targeting of Catholic groups was bigger than Biden-era officials acknowledged

EXCLUSIVE

Case 1:25-cv-01375-DAE    Document 10-12    Filed 11/04/25    Page 7 of 7

**LATEST VIDEO**