# EXHIBIT N

**Exhibit N**

Toria Brooke (@realToriaBrooke), X.com (Aug. 25, 22025,8:34 P.M.), https://archive.ph/2025.08.30-165545/https://x.com/realtoriabrooke/status/1960153785923149874#selection-615.0-657.235

