UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ALEXIS WILKINS,** | § § § § | |
| *Plaintiff,* | | |
| v. | § § § § § § | Case No. 1:25-cv-1375 |
| **KYLE M. SERAPHIN,** | | |
| *Defendant.* | | |

**PROPOSED ORDER GRANTING DEFENDANT KYLE M. SERAPHIN'S MOTION TO DISMISS ORIGINAL COMPLAINT**

ON THIS DAY, came to be heard Defendant Kyle M. Seraphin's Motion to Dismiss Original Complaint ("Motion"). After reviewing the Motion, any response, any reply, the arguments of counsel, and all other things properly before the Court, the Court is of the opinion that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Kyle M. Seraphin's Motion to Dismiss Original Complaint is hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Alexis Wilkins has failed to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Alexis Wilkins's claims against Defendant Kyle M. Seraphin are hereby dismissed with prejudice to their refiling.

All relief not expressly granted herein is hereby denied.

SIGNED on this _____ day of _____, 2025.

_____
**HONORABLE JUDGE PRESIDING**