UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXIS WILKINS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 1:25-cv-1375 |
| § | |
| KYLE M. SERAPHIN, § | ORAL ARGUMENT REQUESTED |
| § | |
| *Defendant.* § | |

## DECLARATION OF CHRISTOPHER D. KRATOVIL

I, Christopher D. Kratovil, declare as follows:

1. " My name is Christopher D. Kratovil. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I am counsel for Defendant Kyle M. Seraphin ("Defendant") in this matter. The facts stated herein are based on my personal knowledge.

2. Counsel for Defendant reviewed all podcasts cited in Defendant's Motion to Dismiss Plaintiff's Original Complaint ("Motion"). *See* Megyn Kelly, *Country Singer and Kash Patel's Girlfriend Alexis Wilkins on the Need to Speak Out About What's True*, The Megyn Kelly Show (Jul. 30, 2025), https://www.youtube.com/watch?v=kCQkaSxMtcQ; Megyn Kelly, *FBI Director Kash Patel's Girlfriend Alexis Wilkins Responds to Internet Trolls Who Say She's Mossad*, The Megyn Kelly Show (Jul. 30, 2025), https://www.youtube.com/watch?v=S10WGaxrSlI; *Bison Heads and Spy Accusations – A Chat w/ Alexis Wilkins :: Ep 67*, Try That in a Small Town Podcast (Aug. 4, 2025), https://www.youtube.com/watch?v=ZipsSEtZb84; Kyle Seraphin, *DESPERATE FBI Director Digs Deep into...John Bolton's Mustache? | Ep 637*, The Kyle Seraphin Show (Aug. 22, 2025), https://open.spotify.com/episode/2bXjDPd8geMlKS8nyLhE9F?si=db7d3f08388d42ad&nd=1&dlsi=3a10bef3c08c455c.

3. Counsel for Defendant, with the utilization of AI processes, generated transcripts of the relevant portions of these podcasts. Counsel for Defendant then cross-referenced the transcripts with the podcasts themselves to ensure that the transcripts are true and correct representations of the words spoken in the relevant portions of these podcasts, and that the transcripts are fair and accurate depictions of the statements made in those podcasts. *See* Exhibit A, Transcript of The Kyle Seraphin Show, *DESPERATE FBI Director Digs Deep into...John Bolton's Mustache? | Ep 637*; Exhibit B, Transcript of The Megyn Kelly Show, *County Singer and Kash Patel's Girlfriend on the Need to Speak Out About What's True*; Exhibit C, Transcript of The Megyn Kelly Show, *FBI Director Kash Patel's Girlfriend Alexis Wilkins Responds to Internet Trolls Who Say She's Mossad*; Exhibit D, Transcript of Try That in a Small Town Podcast, *Bison Heads and Spy Accusations – A Chat w/ Alexis Wilkins :: Ep 67*.

4. I hereby certify that the transcripts attached as Exhibits A through D of Defendant's Motion are true and correct representations of the words spoken in the relevant portions of the

podcasts referenced in Defendant's Motion. I further certify that the transcripts attached as Exhibits A through D of Defendant's Motion are fair and accurate depictions of the statements made in those podcasts.

5. I have reviewed the Motion and all exhibits. The factual statements contained in the Motion, and in this declaration, are true and correct to the best of my knowledge and belief. I adopt and incorporate the Motion and its attachments as if set out verbatim herein."

## JURAT

My name is Christopher D. Kratovil my date of birth is July 8, 1974, and my address is 1717 Main Street, Suite 4200 Dallas, Texas 75201, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 4th day of November, 2025.

_____
Christopher D. Kratovil