IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| **ALEXIS WILKINS**, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 1:25-cv-01375 |
| **KYLE M. SERAPHIN**, | ) |
| *Defendant*. | ) |

### CONSENT MOTION FOR EXTENSION OF TIME FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS

Plaintiff Alexis Wilkins, by and through undersigned counsel, hereby moves for a one-week extension of time to respond to Defendant Kyle Seraphin's Motion to Dismiss through and including November 25, 2025. Plaintiff also requests a reciprocal extension for Defendant's reply in support of his Motion to Dismiss through and including December 9, 2025. Plaintiff's opposition is currently due on November 18, 2025. Counsel for Defendant consents to this motion.

Good cause exists as the parties have worked cooperatively and diligently, Defendant will not be prejudiced by this extension, and Plaintiff has not previously sought any other time extension in this case. A proposed order is included with this filing.

WHEREFORE, Plaintiff respectfully requests that this Court grant her motion to extend the time to respond to Defendant's Motion to Dismiss and extend Defendant's time to file a reply.

2

Dated: November 17, 2025

ALEXIS WILKINS
*By Counsel*

Respectfully submitted,

*/s/     Jason C. Greaves*
Jason C. Greaves (Texas Bar No. 24124953)
Jared J. Roberts (*pro hac vice*)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
          jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 17, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/     Jason C. Greaves
Jason C. Greaves (Texas Bar No. 24124953)

*Attorney for Plaintiff*