IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin Division

| | | |
|---|---|---|
| **ALEXIS WILKINS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cv-01375 |
| | ) | |
| | ) | |
| **KYLE M. SERAPHIN,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

This matter came before the Court on Plaintiff's Consent Motion for Extension of Time for Briefing on Defendant's Motion to Dismiss. Upon consideration thereof, and upon good cause shown, it is hereby ORDERED:

(1) Plaintiff's Motion is GRANTED; and

(2) Plaintiff shall file her response to Defendant's Motion to Dismiss no later than November 25, 2025, and Defendant shall file his reply in support of his Motion to Dismiss, if any, by December 9, 2025.

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
Hon. David A. Ezra
United States District Judge