IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

ALEXIS WILKINS,

      *Plaintiff,*

v.

KYLE M. SERAPHIN,

      *Defendant.*

Case No. 1:25-cv-1375-DAE

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiff, Alexis Wilkins, respectfully provides the Court with notice of a supplemental authority bearing on Defendant's pending motion to dismiss.

On February 4, 2026, the Southern District of Florida issued an opinion in *Wilkins v. Schaffer*, No. 9:25-cv-81334-DMM (S.D. Fla.), denying the defendant's motion to dismiss Ms. Wilkins's claim for defamation. The suit arises from the defendant's post insinuating that Ms. Wilkins is "an Israeli Mossad agent, spy, or 'honeypot'" using her relationship with Kash Patel to spy on and manipulate the U.S. government. *Wilkins v. Schaffer*, No. 9:25-cv-81334-DMM, Dkt. No. 10, at 1–2 (S.D. Fla. Feb. 4, 2026). The court held that judicial notice of outside statements and articles was improper, that the defendant's post could reasonably be interpreted as defamatory, and—without resolving whether Ms. Wilkins is a public figure—that she sufficiently alleged actual malice. *Id.* at 4–6. This opinion is attached.

Dated: February 5, 2026                    Respectfully submitted,

                                           */s/ Jason C. Greaves*
                                           Jason C. Greaves, TBN 24124953
                                           Jared J. Roberts (*pro hac vice*)
                                           BINNALL LAW GROUP
                                           717 King Street, Suite 200
                                           Alexandria, Virginia 22314
                                           (703) 888-1943
                                           Fax: (703) 888-1930
                                           jason@binnall.com
                                           jared@binnall.com

                                           *Counsel for Plaintiff Alexis Wilkins*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves