**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALEXIS WILKINS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-1375** |
| | § | |
| **KYLE M. SERAPHIN,** | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Kyle M. Seraphin respectfully provides the Court with notice of supplemental authority bearing on Defendant's pending motion to dismiss.

On April 21, 2026, the Southern District of Texas issued a memorandum opinion and order in *Patel v. Figliuzzi*, No. 4:25-cv-02548, Dkt. No. 38 (S.D. Tex. Apr. 21, 2026), granting the defendant's motion to dismiss a defamation claim brought by FBI Director Kashyap "Kash" Patel. The suit arose from a televised statement that Director Patel had "been visible at nightclubs far more than he has been on the seventh floor of the Hoover building." *Id*. at 1–2.

Applying Texas defamation law, the court held that the challenged statement was non-actionable rhetorical hyperbole. *Id*. at 6–7. The court emphasized that the objective and context-driven inquiry is whether a person of ordinary intelligence would reasonably understand the statement as stating actual facts about the plaintiff. *Id*. The court concluded that, when viewed in context, a reasonable viewer would not have understood the challenged statement literally, but instead as an exaggerated, provocative comment made for rhetorical effect. *Id*. at 7.

The court also rejected the plaintiff's argument that the statement was actionable because it was made on a news-related program by a commentator presented as speaking factually. *Id*. at 5–7. That ruling bears directly on Defendant's pending motion because Plaintiff likewise seeks to

isolate Defendant's challenged words from the broader podcast context and treat sarcastic,

hyperbolic commentary as literal factual assertion. The opinion is attached as Exhibit A.

Respectfully Submitted:

/s/ Christopher D. Kratovil
**CHRISTOPHER D. KRATOVIL**
State Bar No. 24027427
**DANIEL J. HALL**
State Bar No. 24118946
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
E-mail: CKratovil@dykema.com
E-mail:  DHall@dykema.com
Tel.: (214) 462-6400
Fax: (214) 462-6401
**ATTORNEYS FOR DEFENDANT KYLE
M. SERAPHIN**

/s/ Edward J. Loya, Jr.
**EDWARD J. LOYA, JR.**
State Bar No. 24103619
**DORSEY & WHITNEY LLP**
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Email: loya.edward@dorsey.com
Tel.: (214) 981-9919
Fax: (214) 981-9901
**LEAD ATTORNEY FOR DEFENDANT
KYLE M. SERAPHIN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon all parties on this the 7th day of May, 2026.

/s/ Christopher D. Kratovil
Christopher D. Kratovil