**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALEXIS WILKINS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Case No. 1:25-cv-1375 DAE** |
| **v.** | § | |
| | § | |
| **KYLE M. SERAPHIN,** | § | |
| | § | |
| *Defendant.* | § | |

### DEFENDANT KYLE M. SERAPHIN'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Defendant, Kyle M. Seraphin ("Seraphin"), and, pursuant to Federal Rule of Civil Procedure 6(b), files this Motion for Extension of Time to File Responsive Pleading ("Motion"), and would respectfully show the Court the following:

1.     Federal Rule of Civil Procedure 6(b) authorizes the Court, for good cause shown, to extend the time for an act that may or must be done within a specified time.

2.     On November 4, 2025, Defendant Kyle M. Seraphin filed Defendant Kyle M. Seraphin's Motion to Dismiss Plaintiff's Original Complaint. Dkt. No. 10.

3.     On May 22, 2026, the Court entered its Order denying Defendant's Motion to Dismiss. Dkt. No. 17.

4.     Seraphin respectfully requests a twenty-one (21) day extension of time to file an answer or other responsive pleading to Plaintiff's Complaint.

5.     Seraphin requests this additional time to engage new merits counsel and file an answer and/or responsive pleading on his behalf subsequent to this Court's ruling on his Motion to Dismiss.  Seraphin is actively seeking new counsel.

6.      The parties have conferred and agree to extend Defendant's deadline to file a responsive pleading by twenty-one (21) days, through and including Friday, June 26, 2026.

7.      This request is not sought for the purposes of delay, but so that justice may be done.

8.      For the aforementioned reasons, Defendant Kyle M. Seraphin respectfully requests that the Court enter an order granting its request to extend its responsive pleading deadline for a period of twenty-one (21) days, *i.e.*, from June 5, 2026 to June 26, 2026.

Date: June 4, 2026                                    Respectfully Submitted:

*/s/ Christopher D. Kratovil*
**CHRISTOPHER D. KRATOVIL**
State Bar No. 24027427
**DANIEL J. HALL**
State Bar No. 24118946
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas  75201
E-mail: CKratovil@dykema.com
E-mail:  DHall@dykema.com
Tel.: (214) 462-6400
Fax: (214) 462-6401

AND

**EDWARD J. LOYA, JR.**
State Bar No. 24103619
**DORSEY & WHITNEY LLP**
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Email: loya.edward@dorsey.com
Tel.: (214) 981-9919
Fax: (214) 981-9901

**ATTORNEYS FOR DEFENDANT
KYLE M. SERAPHIN**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on June 2 and 3, 2026, counsel for Defendant Kyle M. Seraphin conferred with counsel for Plaintiff Alexis Wilkins regarding the relief sought herein, and counsel for Plaintiff indicated that he is not opposed to a twenty-one (21) day extension of time for Defendant Kyle M. Seraphin to file a responsive pleading.

*/s/ Edward J. Loya, Jr.*
Edward J. Loya, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon all parties on this the 4th day of June, 2026.

*/s/ Christopher D. Kratovil*
Christopher D. Kratovil

**DEFENDANT KYLE M. SERAPHIN'S SECOND UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**          **PAGE 3**