**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALEXIS WILKINS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-1375** |
| | § | |
| **KYLE M. SERAPHIN,** | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Kyle M. Seraphin submits this Unopposed Motion to Withdraw as Counsel and states as follows:

Defendant wishes to proceed pro se in this matter and thus requests the withdrawal of Edward J. Loya, Jr. of Dorsey & Whitney LLP, Christopher D. Kratovil and Daniel J. Hall of Dykema Gossett PLLC as counsel of record.

Defendant's Counsel of Record is to be withdrawn from representation of Defendant in this case, and Plaintiff does not oppose such withdrawal.

WHEREFORE, Defendant Kyle M. Seraphin respectfully requests that the Court enter an Order approving the withdrawal of counsel of record from representation and be removed from any and all mailing matrices concerning their representation of Defendant Kyle M. Seraphin in this matter, and simultaneously direct that Pro se Defendant Kyle M. Seraphin be served with pleadings and other filings in this matter.

*/s/ Kyle M. Seraphin (w/ permission)*
**KYLE M. SERAPHIN**
9073 W. State Hwy 29
Suite 110, Box 509
Liberty Hill, Texas 78642
E-mail: Info@kyleseraphin.com
Tel.: (737) 900-1562
**DEFENDANT KYLE M. SERAPHIN**

| | |
|---|---|
| */s/ Daniel J. Hall* | */s/ Edward J. Loya, Jr.* |
| **CHRISTOPHER D. KRATOVIL** | **EDWARD J. LOYA, JR.** |
| State Bar No. 24027427 | State Bar No. 24103619 |
| **DANIEL J. HALL** | **DORSEY & WHITNEY LLP** |
| State Bar No. 24118946 | 200 Crescent Court, Suite 1600 |
| **DYKEMA GOSSETT PLLC** | Dallas, Texas 75201 |
| 1717 Main Street, Suite 4200 | E-mail: loya.edward@dorsey.com |
| Dallas, Texas 75201 | Tel.: (214) 981-9919 |
| E-mail: CKratovil@dykema.com | Fax: (214) 981-9901 |
| E-mail: DHall@dykema.com | **LEAD ATTORNEY FOR DEFENDANT** |
| Tel.: (214) 462-6400 | **KYLE M. SERAPHIN** |
| Fax: (214) 462-6401 | |
| **ATTORNEYS FOR DEFENDANT KYLE M. SERAPHIN** | |

## CERTIFICATE OF CONFERENCE

On July 17, 2026, counsel for Defendant Kyle M. Seraphin  conferred with counsel for

Plaintiff who stated that they are not opposed to the relief sought in this motion.

*/s/ Daniel J. Hall*
Daniel J. Hall

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon all parties on this the 17th day of July, 2026.

*/s/ Daniel J. Hall*
Daniel J. Hall