**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALEXIS WILKINS,** *Plaintiff* | § § § | |
| **v.** | § § | No.  1:25-CV-01375-DAE |
| **KYLE M. SERAPHIN,** *Defendant* | § § § § § | |

### ORDER

Before the Court is Defendants' unopposed motion to withdraw as counsel, Dkt. 20. The District Judge referred the motion to the undersigned. Having reviewed the motion, the undersigned enters the following Order.

The parties, **including Kyle M. Seraphin and his attorney**, are ORDERED to APPEAR for a Zoom hearing before the undersigned on **Monday, August 24, 2026, at 10:00 a.m.** The hearing will last no more than 30 minutes. Court staff will reach out with instructions for joining the call.

SIGNED July 22, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1