**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALEXIS WILKINS,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:25-CV-01375-DAE** |
| | § | |
| **KYLE M. SERAPHIN,** | § | |
| *Defendant* | § | |

## ORDER

Defendant Kyle M. Seraphin filed an unopposed motion to withdraw, in which he stated that he "wishes to proceed pro se in this matter" and requested the withdrawal of his counsel. Dkt. 20. The District Judge referred the motion to the undersigned for disposition. The Court held a hearing on the motion, during which the Court advised Seraphin of the dangers of proceeding pro se. Dkt. 23. Having considered the motion, the applicable law, and the statements made at the hearing, the Court will grant the motion.

Accordingly, the Court **GRANTS** Seraphin's motion to withdraw, Dkt. 20, and **ORDERS** that that Edward J. Loya, Jr. of Dorsey & Whitney LLP, and Christopher D. Kratovil and Daniel J. Hall of Dykema Gossett PLLC are hereby **WITHDRAWN** as counsel of record for Seraphin in the above-captioned matter, effective upon entry of this order.

The Court **FURTHER ORDERS** that the Clerk of the Court shall serve a copy of this Order upon Seraphin at the address provided in the motion to withdraw, *see* Dkt. 20, at 2.

SIGNED August 24, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE